### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Espinosa, Sylvia L

Printed:  2/5/08

Case Number:  05 B 43194
Judge:  Wedoff, Eugene R
Filed:  10/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  February 1, 2008
Confirmed:  November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,215.00 |  |
| Secured: |  | 5,695.63 |
| Unsecured: |  | 1,858.96 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,119.00 |
| Trustee Fee: |  | 541.41 |
| Other Funds: |  | 0.00 |
| Totals: | 10,215.00 | 10,215.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,119.00 | 2,119.00 |
| 2. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 3. | Chase Automotive Finance | Secured | 5,695.63 | 5,695.63 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 117.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 29.60 | 39.99 |
| 6. | Capital One | Unsecured | 86.34 | 116.64 |
| 7. | Ford Motor Credit Corporation | Unsecured | 1,208.13 | 1,632.21 |
| 8. | American General Finance | Unsecured | 51.90 | 70.12 |
| 9. | Schottler & Zukosky | Priority | | No Claim Filed |
| 10. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 11. | Cingular Wireless | Unsecured | | No Claim Filed |
| 12. | Bowman Heintz Boscia Vician | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,307.60 | $ 9,673.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 112.20 |
| 5% | 38.25 |
| 4.8% | 73.44 |
| 5.4% | 317.52 |
| | _____ |
| | $ 541.41 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Espinosa, Sylvia L

Printed:  2/5/08

Case Number:  05 B 43194
Judge:  Wedoff, Eugene R
Filed:  10/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

